UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>James C. Watson</u>

        v.                      Case No. 03-cv-519-JD

<u>Aether Systems, Inc.</u>

<u>O R D E R</u>

It has come to the court's attention that Attorney Colin Jean is no longer associated with the law firm of Nicosia & Associates, counsel for the plaintiff. On two occasions the clerk's office contacted Attorney Peter J. Nicosia from that law firm and requested the he file a substitute appearance for Attorney Jean. Despite assurances of compliance, Attorney Nicosia has filed no substitute appearance to date.

Attorney Nicosia shall file a substitute appearance by October 11, 2005. If Attorney Nicosia fails to file a substitute appearance by that date, the court will treat Attorney Jean as withdrawn from the case and neither the court nor the defendant will be required to send paper or electronic pleadings, notices or orders to Attorney Nicosia or the law firm of Nicosia & Associates.

SO ORDERED.

Date: October 4, 2005                          /s/Joseph A. DiClerico, Jr.
                                                                Joseph A. DiClerico, Jr.
                                                                 U.S. District Judge

cc:    Peter J. Nicosia, Esq.
        David W. McGrath, Esq.
        Lawrence McGoldrick, Esq.